# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAHAR JALLAD, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 16-4795 |
| | : | |
| FELIX MADERA and PROGRESSIVE INSURANCE, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 8th day of November, 2016, upon consideration of the Motion for Remand (Doc. No. 7) filed by Plaintiff, Sahar Jallad ("Jallad"), the Response in Opposition filed by Defendant, Progressive Insurance ("Progressive"), and Jallad's Reply Brief, it is hereby **ORDERED** that:

1. Jallad's Motion is **DENIED**;

2. Jallad's request for costs and fees incurred as a result of Progressive's removal under 28 U.S.C. § 1447(c) is **DENIED**;

3. Defendant, Felix Madera, is **DISMISSED** from this action; and

4. Progressive's Motion to Sever (Doc. No. 5) is **DENIED AS MOOT**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE