# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAHAR JALLAD, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 16-4795 |
| PROGRESSIVE ADVANCED INSURANCE COMPANY, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 11th day of December, 2017, upon consideration of Defendant Progressive Advanced Insurance Company's ("Progressive") Motion for Partial Summary Judgment, Plaintiff Sahar Jallad's ("Jallad") Brief in Opposition, and Progressive's Reply Brief, it is hereby **ORDERED** that:

1. Progressive's Motion for Partial Summary Judgment (Doc. No. 32) is **GRANTED**; and

2. Count III (statutory bad faith) of Jallad's Complaint is **DISMISSED WITH PREJUDICE**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE