IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAHAR JALLAD, | CIVIL ACTION |
| Plaintiff, | |
| v. | No. 16-4795 |
| PROGRESSIVE ADVANCED INSURANCE COMPANY, | |
| Defendant. | |

### ORDER

**AND NOW**, this 18th day of May, 2018, upon consideration of Plaintiff Sahar Jallad's ("Jallad") Motion for a New Trial (Doc. No. 62) and Defendant Progressive Advanced Insurance Company's Response in Opposition, it is hereby **ORDERED** that Jallad's Motion is **DENIED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE