# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAHAR JALLAD<br><br>                **Plaintiff,**<br><br>    v.<br><br>FELIX MADERA<br><br>                **Defendant.** | CIVIL ACTION NO. 16-4795 |

## ORDER

**AND NOW,** this 23rd day of July 2020, upon consideration of Defendant's Motion for Summary Judgment [Doc. No. 88] and the response thereto, it is hereby **ORDERED** that the Motion is **GRANTED** and Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** the case.

    It is so **ORDERED**.

                                                        **BY THE COURT:**

                                                         /s/ Cynthia M. Rufe
                                                         _____
                                                         **CYNTHIA M. RUFE, J.**